UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

DAVID ANTONIO ALLEN,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

(Felon in Possession of a Firearm)

On or about October 15, 2017, in Kent County, in the Western District of Michigan, Southern Division,

**DAVID ANTONIO ALLEN,**

being a person who had been convicted of offenses punishable by imprisonment for a term exceeding one year under the laws of the United States and the State of Michigan, did knowingly possess a firearm in and affecting commerce, namely, a Smith & Wesson, Model 37, .38 Special caliber revolver.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
CLAY STIFFLER
Assistant United States Attorney